Gene J. Stonebarger, State Bar No. 209461
gstonebarger@stonebargerlaw.com
Richard D. Lambert, State Bar No. 251148
rlambert@stonebargerlaw.com
STONEBARGER LAW
A Professional Corporation
75 Iron Point Circle, Suite 145
Folsom, CA 95630
Telephone: (916) 235-7140
Facsimile: (916) 235-7141

Attorneys for Plaintiff and the Putative Class

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| BALBIR SINGH, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CITIMORTGAGE, INC., a member of CITIGROUP, INC., and DOES 1 through 50, inclusive<br><br>Defendants. | CASE NO. CV11-00793-KJM-GGH<br><br>**STIPULATION AND ORDER FOR STAY PENDING MDL DETERMINATION** |

WHEREAS, on or about March 10, 2011, Balbir Singh ("Plaintiff") commenced a civil action in the Eastern District of California entitled *Balbir Singh v. CitiMortgage, Inc.*, Case No. CV11-00793-KJM-GGH;

WHEREAS, CitiMortgage, Inc. ("Defendant") filed a Motion with the Judicial Panel on Multidistrict Litigation ("JPML") on June 10, 2011 seeking transfer and consolidation or coordination of Plaintiff's action along with ten (10) cases filed against Defendant alleging claims similar to those made by Plaintiff in his action pursuant to 28 U.S.C. § 1407 ("Defendant's

Transfer Motion");

WHEREAS, Defendant subsequently filed a Motion to Dismiss Plaintiff's Complaint on June 15, 2011;

WHEREAS, Plaintiff's Opposition to Defendant's Motion to Dismiss is due on or before August 31, 2011 and Defendant's Reply brief is due on or before September 7, 2011;

WHEREAS, the JPML will likely hold a hearing on Defendant's Transfer Motion on September 27, 2011;

WHEREAS, both Plaintiff and Defendant feel that consolidation or coordination in one court is appropriate for these actions, and there are no objections to the JPML centralizing Plaintiff's case and the other actions before a single court;

WHEREAS, both Plaintiff and Defendant agree that a stay pending the JPML's decision on Defendant's Petition is appropriate to preserve the parties' and the Court's resources;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Plaintiff and Defendant, through their respective counsel and subject to the Court's approval that:

1.  All pending dates in this matter, including but not limited to all dates and hearings related to Defendant's Motion to Dismiss, are stayed pending a ruling by the JPML on Defendant's Transfer Motion; and

2.  If Defendant's Transfer Motion is denied, Plaintiff shall have thirty (30) days from the denial of the Transfer Motion to file an Opposition to Defendant's pending Motion to Dismiss, and the parties shall inform the Court that a new Order Setting Initial Case Management Conference should be issued based on the Court's availability.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: August 10, 2011                    STONEBARGER LAW, APC

                                          /s/ Richard D. Lambert
                                          ―――――――――――――――――――
                                          Gene Stonebarger
                                          gstonebarger@stonebargerlaw.com
                                          Richard D. Lambert
                                          rlambert@stonebargerlaw.com

                                          Attorneys for Plaintiff
                                          Balbir Singh


Dated: August 10, 2011                    MAYER BROWN LLP


                                          /s/ Steven E. Rich
                                          ―――――――――――――――――――
                                          Steven E. Rich
                                          srich@mayerbrown.com

                                          Attorneys for Defendant
                                          CitiMortgage, Inc.


PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: August 11, 2011.

                                          ―――――――――――――――――――
                                          UNITED STATES DISTRICT JUDGE

STONEBARGER LAW
A Professional Corporation